# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW CRANE, )<br>Plaintiff )<br> )<br>v. )<br> )<br>JOSEPH KOZLOWSKI, )<br>ERIC ORTIZ, MICKEY DUMAIS, )<br>JOSEPH BRUNELLE, )<br>CHICOPEE POLICE )<br>DEPARTMENT and )<br>THE CITY OF CHICOPEE, )<br>    Defendants ) | CIVIL ACTION NO.   3: 20cv30159 |

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff hereby moves for a 14-day extension of time to file an opposition to defendant City of Chicopee, Chicopee Police Department and Mickey Dumais' Motion to Dismiss. The proposed deadline to file an opposition would be September 8, 2021. This has been assented to by the relevant parties to the motion.

Plaintiff,
by his attorney,
       /s/ Ryan P. McLane, Esq.
Ryan P. McLane (BBO # 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
E-mail: ryan@mclanelaw.com

        Defendants,
        by their attorney,

        /s/ Mark J. Albano
        Mark J. Albano, Esq.
        ALBANO LAW, LLC
        One Monarch Place, Suite 1330
        Springfield, MA 01144-1150
        Tel.: (413) 736-3500
        Fax.: (413) 746-9224
        B.B.O. No.: 013860
        email: mark@albanolawllc.com

**CERTIFICATE OF SERVICE AND COMPLIANCE:**

I certify that on this 25th day of August, 2021, I caused the foregoing to be served in this matter by electronic mail to

    Mark J. Albano, Esq.
    ALBANO LAW, LLC
    One Monarch Place, Suite 1330
    Springfield, MA 01144-1150
    mark@albanolawllc.com

        /s/ Ryan P. McLane
        Ryan P. McLane, Esq. (BBO 697464)