# ATTACHMENT A

```
                                              Volume: 1 of 1
                                              Pages: 214
                                              Exhibits: 4

                    COMMONWEALTH OF MASSACHUSETTS
HAMPDEN, SS                            CHICOPEE DISTRICT COURT


* * * * * * * * * * * * * * * *
                               *
COMMONWEALTH OF MASSACHUSETTS, * Docket No. 1820CR001589
                               *
     Plaintiff,                *
                               *
v.                             *
                               *
MATTHEW E. CRANE,              *
                               *
     Defendant.                *
                               *
* * * * * * * * * * * * * * * *

                       TRANSCRIPT OF TRIAL
                 BEFORE HONORABLE BRUCE MELIKIAN

APPEARANCES:

For the Commonwealth:
Clarissa Wright, Esq.
Hampden District Attorney's Office
50 State Street, 1st Floor
Springfield, MA 01103


For the Defendant:
Ryan P. McLane, Esq.
McLane & McLane, LLC
975A Springfield Street
Feeding Hills, MA 01030

                                    Chicopee, Massachusetts
                                    January 30, 2020

TRANSCRIBED BY:  Eileen Dhondt, CET-807

          Proceedings recorded by electronic sound
    recording, transcript produced by transcription service.
              AEQUUM LEGAL TRANSCRIPTION SERVICES
                         480-241-2841
```

2

INDEX
January 30, 2020

| THE COURT: | PAGE: |
|---|---|
| Commonwealth's Opening Statement | 81 |
| Defendant's Opening Statement | 85 |
| Defendant's Closing Argument | 184 |
| Commonwealth's Closing Argument | 187 |
| Verdict | 212 |

WITNESSES:

FOR THE PLAINTIFF:

JOSEPH KOZLOWSKI
    Direct Examination by Ms. Wright    87
    Cross-examination by Mr. McLane    112
    Redirect Examination by Ms. Wright    121
    Recross-Examination by Mr. McLane    122

ERIC ORTIZ
    Direct Examination by Ms. Wright    124
    Cross-examination by Mr. McLane    143
    Redirect Examination by Ms. Wright    146

MICKY DUMAIS
    Direct Examination by Ms. Wright    148

ROSS DOMINGOS
    Direct Examination by Ms. Wright    154
    Cross-examination by Mr. McLane    158
    Redirect Examination by Ms. Wright    161

| EXHIBITS: | MARKED | ADMITTED |
|---|---|---|
| FOR THE PLAINTIFF: | | |
| Exhibit # 1 | 107 | |
| Exhibit # 2 | 110 | |
| Exhibit # 3 | 110 | |
| Exhibit # 4 | 163 | 163 |

FOR THE DEFENDANT:
None

                                                                    149

```
 1   Q    And where do you work?
 2   A    Chicopee Police Department.
 3   Q    And how long have you worked with the Chicopee PD?
 4   A    Just under four years.
 5   Q    And in a particular division?
 6   A    Patrol.  Uniform patrol.
 7   Q    Okay.  And how long have you -- and has that been
 8   throughout your entire time?
 9   A    It's been throughout the entire time.
10   Q    Okay.  And what hours do you currently work with the
11   Chicopee PD?
12   A    Right now, I'm assigned to midnight to 8 a.m.
13   Q    Okay.  And now, did you -- by the way, did you have
14   training and experience in regards to becoming a Chicopee police
15   officer?
16   A    I did, ma'am.
17   Q    Okay.  Now, I'm going to take you to October 6th of 2018.
18   What hours were you working then?
19   A    Midnight to 8.
20   Q    Were you involved in an investigation regarding a Matthew
21   Crane?
22   A    I was.
23   Q    Okay.  And if you could tell the Court what -- how you came
24   to be involved in that investigation?
25   A    I was patrolling Chicopee, and I heard a patrol officer
```

150

1  call out a motor -- a motorcycle crash.
2  Q    Uh-huh.
3  A    And he was requesting an ambulance, so since I was not too
4  far away, I made my way to help it -- help him with the scene.
5  Q    Okay.  And when you arrived on scene, what did you first
6  do?
7  A    I exited my cruiser, and I ran over to where Officer
8  Kozlowski was, because he was in a scuffle.
9  Q    And who was he in a scuffle with?
10 A    The defendant, ma'am.
11 Q    Okay.  And was there anybody else -- when Officer Kozlowski
12 was in the scuffle, was there another officer involved at the
13 time?
14 A    Officer Burnell (phonetic) was also there.
15 Q    Okay.  And what was Officer Burnell -- what did you see him
16 doing?
17 A    He was also going to assist Officer Kozlowski.
18 Q    Okay.  And what did you do in part of assisting Officer
19 Kozlowski in dealing with the defendant?
20 A    By the time I got to Officer Kozlowski, he had the
21 defendant somewhat under control.  There was still a concern for
22 medical for the defendant.  And medical was arriving right
23 behind me, so we started sitting the defendant up to get medical
24 attention.
25 Q    Okay.  And, by the way, when you said that you saw that

151

1   Officer Kozlowski was in a scuffle with the defendant, if you
2   can describe what that means?
3   A   I saw him trying to pin the defendant down onto the ground.
4   Q   Okay. All right. Now, what did you do next? After you
5   assisted with ensuring that the defendant was under control,
6   what did you do next?
7   A   We were trying to sit the defendant up so medical could
8   assess him. He was just -- we saw the motorcycle on the ground.
9   We didn't know his injuries at the time. We were concerned for
10  his safety and his wellbeing.
11  Q   Okay. And did anything happen while that -- while you were
12  trying to get him under control?
13  A   He stated that he had to pee --
14  Q   Okay.
15  A   -- and tried to pull away from Officer Kozlowski and
16  myself.
17  Q   Okay. And then what happened after that?
18  A   We held his arms, trying to gain control. We told him that
19  he couldn't go. He continued to try to pull away, which we had
20  to take him down to the ground.
21  Q   Okay. And did you explain to him why he couldn't go at
22  that time?
23  A   We were trying to get him to seek medical attention. We
24  also said he couldn't pee in public.
25  Q   Okay. And what happened next after that?

152

1  A     I heard Firefighter Domingos --
2        MR. MCLANE:  Objection.
3        THE COURT:  Sustained.
4        MS. WRIGHT:  Okay.
5  BY MS. WRIGHT:
6  Q     Without saying what someone said, what was the next
7  thing -- did you -- what was the next thing you recall doing?
8  A     We ended up handcuffing the defendant.
9  Q     Okay.  And why was that?
10 A     Because there was a gun on scene.
11 Q     Okay.  And I'm going to show you what's been previously
12 marked as Commonwealth's Exhibit Number 1 and ask if you would
13 just please take a look at that.  Is that a gun that you own?
14 A     No, ma'am.
15 Q     Is that a gun that was issued to you by the Chicopee Police
16 Department?
17 A     No, ma'am.
18 Q     Is that a gun that would be issued to anyone -- any officer
19 in the Chicopee Police Department?
20 A     No, ma'am.
21 Q     And is it fair to say that that gun looks like the gun that
22 was on -- found on the scene that day?
23 A     I can't say that.  I didn't see -- I didn't personally see
24 the gun.
25 Q     Okay. Okay.  But you can say it's not your gun?  It's