UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW CRANE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH KOZLOWSKI, ERIC ORTIZ, and MICKEY DUMAIS,<br><br>    Defendants. | Civil Action No. 20-30159-MGM |

SCHEDULING ORDER

July 21, 2021

MASTROIANNI, U.S.D.J.

The following schedule is entered based on the parties' proposed schedule (Dkt. No. 50) and the schedule set at the initial scheduling conference on July 21, 2022:

1. The parties shall exchange initial disclosures by **August 30, 2022**.

2. Any amendments to the pleadings shall be made by **October 31, 2022**.

3. The parties shall serve written discovery requests, except for requests for admission, by **November 18, 2022**.

4. Requests for admission shall be served by **May 18, 2023**.

5. Fact discovery and depositions of non-expert witnesses shall be completed by **June 15, 2023**.

6. Plaintiff shall designate and disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) by **June 30, 2023**. Defendant shall designate and disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) by **August 15, 2023**.

7. Expert depositions shall be completed by **September 15, 2023**.

8. Dispositive motions, if any, shall be filed by **October 31, 2023**. Oppositions shall be filed within 21 days of service of motions. Replies, if any, shall be filed within 14 days after oppositions are filed. *See* Local Rule 56.1.

9.  A hearing on any filed dispositive motions will be held on **December 5, 2023 at 10:00 a.m.** by video conference. If no dispositive motions are filed, this hearing will be converted to an initial pretrial conference.

It is So Ordered.

        /s/ Mark G. Mastroianni
        MARK G. MASTROIANNI
        United States District Judge